Official Form 3
(12/03)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __ANGELA M. FICK__,
Debtor

Case No. __05-74942__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __194.00__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __30.00__        Check one ☑ With the filing of the petition, or
                              ☐ On or before _____

   $ __54.67__ on or before _____

   $ __54.67__ on or before _____

   $ __54.66__ on or before _____

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  9/20/05            _Angela M. Fick_   9/20/05
Signature of Attorney       Date               Signature of Debtor   Date
                                               (In a joint case, both spouses must sign.)
__JEFFRY A. DAHLBERG__
Name of Attorney
                                               _____
                                               Signature of Joint Debtor (if any)   Date