# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ANGELA M. FICK  
812 SHERIDAN DRIVE  
LOVES PARK, IL  61111  

SSN-xxx-xx-0230

Case Number: 05-74942

Case filed on: 9/20/2005  
Plan Confirmed on: 1/20/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,150.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 1,748.38 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 1,748.38 | 0.00 |
| 026 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ANGELA M. FICK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GUARANTY BANK/GN MORTGAGE | 3,180.63 | 809.90 | 809.90 | 0.00 |
| 002 | ILLINOIS TITLE LOANS, INC | 1,463.69 | 500.00 | 239.52 | 0.00 |
|  | Total Secured | 4,644.32 | 1,309.90 | 1,049.42 | 0.00 |
| 002 | ILLINOIS TITLE LOANS, INC | 0.00 | 963.69 | 0.00 | 0.00 |
| 003 | AAM, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ABC CASH N GO | 177.00 | 177.00 | 0.00 | 0.00 |
| 005 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASPIRE VISA | 590.67 | 590.67 | 0.00 | 0.00 |
| 007 | C.B. ACCOUNTS INC | 10.00 | 10.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 399.99 | 399.99 | 0.00 | 0.00 |
| 009 | CASH BOX | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CLINIC OF PSYCHIATRIC CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | KP COUNSELING INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MITCHELL KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MERCANTILE ADJUSTMENT BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | OSF COMMON BUSINESS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PEDIATRIC ASSOCIATES OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PHIL HERLIHEY, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD MERCANTILE AGENCY INC | 383.20 | 383.20 | 0.00 | 0.00 |
| 020 | ROYCE FINANCIAL | 350.00 | 350.00 | 0.00 | 0.00 |
| 021 | ILLINOIS STUDENT ASSISTANCE COMM | 8,480.03 | 8,480.03 | 0.00 | 0.00 |
| 022 | SECURITY FINANCE | 836.81 | 836.81 | 0.00 | 0.00 |
| 023 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SURGICAL ASSOCIATES OF NO. ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | HAROLD FICK | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | AMERICASH LOANS LLC | 1,992.90 | 1,992.90 | 0.00 | 0.00 |
| 028 | TRIAD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 13,220.60 | 14,184.29 | 0.00 | 0.00 |
|  | Grand Total: | 20,728.92 | 18,358.19 | 2,961.80 | 0.00 |

Total Paid Claimant:     $2,961.80  
Trustee Allowance:       $188.20  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                    By  /s/Heather M. Fagan